# EXHIBIT F

Drakeford v. Dell Inc. and Kevin Rollins
Docket No. 07-CV-3490 (RMB) (DFE)

## BancTec, Inc.

## SERVICE CONTRACT

PLEASE TAKE THE TIME TO READ THE FOLLOWING TERMS AND CONDITIONS UNDER WHICH BANCTEC, INC. ("BancTec") AGREES TO PROVIDE REPAIR SERVICES FOR YOUR DELL SYSTEM. THIS AGREEMENT IS BETWEEN YOU AND BANCTEC, INC. HERE ARE THE DETAILS OF YOUR SERVICE CONTRACT ("AGREEMENT"):

<u>Your System</u>. For purposes of this Agreement, a System is defined as a Dell system comprised of the following components: monitor; central processing unit (CPU); input device (such as a keyboard); a data storage device (such as a disk drive); and any other components that are described specifically in Schedule 1 of this Agreement or are standard (at the time of purchase) components of the model of the Dell System you purchased. The System covered under this Agreement is described in the attached Schedule 1 of this Agreement.

This Agreement is valid on System(s) purchased in the United States only. The Services to be provided under this Agreement are on-site labor only services exclusive of initial problem determination and parts. Services apply only to the continental United States, Alaska and Hawaii.

<u>How to Use Your Service</u>

<u>Call For Assistance</u>. For service support call one of the following toll free numbers. These phone lines are answered twenty-four (24) hours a day, seven days a week, including regularly observed holidays:

For Home and Home Office Customers:
    Technical Support                               800-624-9896
    Customer Service                               800-624-9897

For Small Business Customers:
    Technical Support & Customer Service      800-456-3355

<u>Prepare for the Call</u>. You will help the technician serve you better if you have the following information and materials ready when you call: your System's invoice and serial numbers; service tag number; model and model numbers; the current version of the operating system you are using; and the brand names and models of any peripheral devices (such as a modem) you are using.

<u>Explain Your Problem to the Technician</u>. Now you are ready to describe the problem you are having with your System. Let the technician know what error message you are getting and when it occurs; what you were doing when the error occurred; and what steps you may have already taken to solve the problem.

<u>Cooperate with the Technician to Solve Your Problem</u>. Experience shows that most System problems and errors can be corrected over the phone as a result of close cooperation between the user and the technician. Listen carefully to the technician and follow the technician's suggestions.

UNTIL YOU HAVE COMPLIED WITH THE ABOVE PROCEDURES, DELL CANNOT NOTIFY BANCTEC TO DISPATCH A SERVICE TECHNICIAN TO PERFORM ONSITE REPAIRS

<u>On Site Service Scope:</u> If the technician cannot correct your problem over the phone, the regular on site service is offered during the Principal Period Of Maintenance (PPM) Next-business-day response contracts have a PPM of 8:00 a.m. to 5:00 p.m., Monday through Friday, excluding regularly observed holidays.

As an alternative, and for an additional fee, service is offered Outside of Principal Period of Maintenance subject to the availability of personnel. This service is available based on an hourly

Revision 2.1.1: 02152003

charge. The hourly charge will be quoted to you prior to the technician being dispatched. There is a two-hour minimum labor charge for such service, plus any associated travel charges.

This service does not cover any related network problems or any Service which would be unique to the System's operation on a network. This Agreement will only involve such Services as are required to restore your System's operational capability. For purposes of this Agreement, all references to time mean the customer's local time. References to the United States include the continental United States, Alaska and Hawaii. PPM means the principal period of maintenance or the principal hours during which Services are rendered for a service level.

**On-Site Service.** Subject to the terms of this Agreement, On-Site Service is available for your System within the United States. The technician will need to have the full address of your System's location and know whether it is a residence or business. A service technician will be dispatched to your location to service your System, as follows:

**Type 3 Service Agreement.** On-site/At-home Service. If you follow these procedures, a service technician will, in most cases, be dispatched to arrive at your location for On-Site Service on the next business day (during your PPM); Monday through Friday, excluding regularly observed holidays. If the service technician is dispatched for On-Site Service after 5:00 p.m. local time, the service technician may take an additional business day to arrive at your location.

**Holidays:** Regular holidays shall include New Year's Day, Good Friday, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, the day after Thanksgiving, and Christmas Day, unless you are notified otherwise by BancTec.

**An Adult Must Be Present At Residences:** For On-Site Service provided at a residence, an adult must be present at all times during the service technician's visit.

**Assistance You Must Provide.** The service technician must receive full access to the System and (at no cost to BancTec) have working space, electricity, and a local telephone line. If these requirements are lacking, BancTec is not obligated to provide On-Site Service.

**If You Miss The Service Visit.** If you or your authorized representative are not at the location when the service technician arrives, we regret that the service technician cannot service your System. The service technician will leave a card to let you know he or she was there. If this occurs, you may be charged an additional charge for a follow-up Service call.

**Customer Replaceable Units and Whole Unit Replacement.** If the telephone technician determines that the defective unit is one that is easily disconnected and reconnected, such as a keyboard, monitor, hard drives in portable computers, or any other component designated from time to time as a component that may be replaced by the customer, you may receive such component to install without a service technician arriving on site. Also, if the telephone technician determines that the System is one that should be replaced as a whole unit, a whole replacement unit with a prepaid return mailing label for the defective return may be sent directly to you. You are required to return the defective unit within ten (10) days. If the telephone technician determines that the defective unit is one that is not easily disconnected and reconnected, you authorize BancTec's service technician to act as your service agent to deliver the replacement unit to you in person and to return the defective unit to Dell.

**Warranty Parts.** If the telephone technician determines that your System needs a replacement part, you authorize BancTec to act as your service agent to handle the delivery and return of the warranty parts necessary to render on-site repairs. You may incur a charge if you fail to allow BancTec to return non-working/unused units/warranty parts to Dell. If the replacement unit is not delivered in person by a service technician, you may incur a charge from Dell if you fail to return the non-working/unused units/warranty parts to Dell within the ten (10) day period.

Revision 2.1.1: 02152003

**Shipment.** In the case of replacement units/warranty parts, you will take delivery from Dell. You authorize BancTec to act as your agent to handle the delivery and return of non-working/unused units/warranty parts to Dell.

**Payment Terms.** Payment for any additional services or missed service visits will be made by credit card. BancTec will place authorizations/holds on amounts necessary to cover expected services prior to BancTec providing the services with charges plus any applicable taxes being applied after services have been rendered.

**Transfer of this Agreement.** Subject to the limitations set forth in this Agreement, you may transfer this Agreement to anyone who buys your entire System before the Termination Date specified on Schedule 1 of this Agreement, provided you are the original purchaser of the System and this Agreement, or you have purchased the System and this Agreement from its original owner (or a previous transferee) and have complied with all the transfer rules in this Agreement.

Please note that if you move your System to a geographic location in which the Service coverage is not available at the same price as you paid for this Agreement, you may incur an additional charge to maintain the same categories of Service coverage at the new location. If you choose not to pay such additional charge, your Service may be automatically changed to categories of Service that are available at such price or a lesser price in such new location with no refund available. Additionally, if (i) you transfer your Agreement to a buyer who will move the System to a geographic location in which the Service coverage is not available at the same price as you paid for this Agreement, or (ii) if the transferee (i.e., the buyer) of this Agreement wishes to change the Service coverage, then you may incur an additional charge for such transfer fee discussed above.

## TO TRANSFER THIS SERVICE AGREEMENT OR TO UPDATE YOUR INFORMATION:

- **Using the Internet:**
  Complete the on-line form located within Dell's Service and Support section at:
  http://support.dell.com/us/en/updateinfo.asp
- **Using Fax:** Fax a completed request to transfer to Fax # 512-728-8063

General.

**Renewal.** Prior to the expiration of your service contract, you may extend your service period based on available options then in effect for your system. Service Extentions may be purchased by calling 800-624-6119.

**Cancellation.** You may cancel this Agreement within thirty (30) days of your Dell invoice date by calling Dell at 800-624-6119. Since you purchased your BancTec Service Contract from Dell, Dell is responsible for issuing any refund to you for any unused portion of the services.

**Governing Law.** This Agreement is governed by Texas law.

**Assignment.** BancTec reserves the right to assign its rights and obligations under this Agreement to a qualified third party designated by BancTec. In the event of such an assignment, you agree to look solely to the third party assignee for performance under this agreement.

**Schedule 1.** Schedule 1 is attached to this Agreement and is incorporated herein for all purposes.

**Legal Notices.**

Revision 2.1.1: 02152003

Any written legal notices provided by you to BancTec must be sent to the following addresses:

BancTec, Inc.
Attn: General Manager
4435 Spring Valley Road
Dallas, TX 75244

Complete Agreement. THIS AGREEMENT IS THE COMPLETE AND EXCLUSIVE STATEMENT OF THE AGREEMENT BETWEEN YOU AND BANCTEC AND IT SUPERSEDES ALL PRIOR ORAL AND WRITTEN PROPOSALS AND COMMUNICATIONS PERTAINING TO THE SUBJECT MATTER HEREOF. This Agreement may be amended to add additional systems or components by issuance of additions to Schedule 1.

LIMITATIONS TO SERVICE COVERAGE. THIS AGREEMENT IS OF LIMITED DURATION AND COVERAGE. This Agreement extends only to original purchasers of the System shown on Schedule 1 and located within the United States as determined by BancTec, and to any person who buys the System and this Agreement from the original purchaser or a subsequent transferee, as long as all transfer procedures have been complied with. This Agreement extends only to uses for which the System was designed. Except as stated below, the services BancTec agrees to provide under this Agreement are labor only repair services, which are necessary because of any defect which exists or occurs in materials or workmanship in the System or in any System component during the term of this contract. Preventive maintenance is not included. Installation, deinstallation, or relocation services and operating supplies are not included. Repairs necessitated by software problems, or as a result of alteration, additions or deletions, adjustment, or repair by anyone other than BancTec (or its representatives) and repair services which are necessary due to manufacturer's recall of Systems or System components are not included. BancTec is not obligated to repair any System or System component which has been damaged as a result of: (i) accident, misuse, neglect, failure to follow instructions for proper use, care or cleaning of the System or abuse of the System or component (such as, but not limited to, use of incorrect line voltages, use of incorrect fuses, use of incompatible devices or accessories, improper or insufficient ventilation, failure to follow operating instructions, or use of out of specification supplies) by anyone other than BancTec (or its representatives), (ii) an act of God such as, but not limited to, lightning, flooding, tornado, earthquakes, and hurricanes, (iii) failure due to an external factor (fire, flood, failures or fluctuations of electrical power or air conditioning), (iv) repairs due to excessive use, wear and tear, (v) service calls if BancTec determines there is no trouble found, (vi) the loading of software, software configurations or any data files, or (vii) the moving of the System from one geographic location to another or from one purchaser or entity to another.

Force Majeure. BancTec is not liable for any failure or delay in performance due to any cause beyond its control such as, but not limited to, acts of God, war, acts of government, fire, explosions, epidemics, quarantine restrictions, strikes, lockouts, embargoes, severe weather conditions or delays in transportation. In any event, if BancTec's ability to render repair services is impaired by you or circumstances beyond BancTec's control, BancTec may terminate this Agreement.

**Important Notice: Prior to requesting services, it is your responsibility to back up the software and data on your System's hard disk drive and on any other storage device(s) in the System. Banctec is not responsible for any loss of any software or data.**

Please note that if you move or sell your System into a geographic location in which the Service coverage set forth in Schedule 1 is not available, your Service may be automatically changed to categories of Service that are available at such price or a lesser price in such new location with no refund available.

WARRANTY EXCLUSION. BANCTEC MAKES NO WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. BANCTEC EXPRESSLY DISCLAIMS ALL WARRANTIES.

Revision 2.1.1: 02152003

2007-09-26 09:05            87100            (512)728-7100 >>          Dell, Inc.  P 5/5

LIMITATION OF REMEDY. YOUR EXCLUSIVE REMEDY AND BANCTEC'S ENTIRE, COLLECTIVE LIABILITY IN CONTRACT, TORT OR OTHERWISE, UNDER THIS AGREEMENT IS THE REPAIR OF THE DEFECTIVE SYSTEM OR COMPONENTS IN ACCORDANCE WITH THIS AGREEMENT. IF BANCTEC IS UNABLE TO MAKE SUCH REPAIR, YOUR EXCLUSIVE REMEDY AND BANCTEC'S ENTIRE LIABILITY WILL BE THE PAYMENT OF ACTUAL DAMAGES NOT TO EXCEED THE CHARGE PAID BY YOU IN THE PRECEEDING TWELVE (12) MONTHS OR, IF NO CHARGE WAS PAID, THE THEN-CURRENT PUBLISHED ANNUAL CHARGES FOR THIS AGREEMENT. UNDER NO CIRCUMSTANCES WILL BANCTEC BE LIABLE TO YOU OR ANY OTHER PERSON FOR ANY DAMAGES, INCLUDING, WITHOUT LIMITATION, ANY INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, EXPENSES, COST, PROFITS, LOST SAVINGS OR EARNINGS, LOST OR CORRUPTED DATA, OR OTHER LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT, OR OUT OF THE INSTALLATION, DEINSTALLATION, USE OF, OR INABILITY TO USE THE SYSTEM, OR OUT OF THE USE OF ANY SERVICE MATERIALS PROVIDED HEREUNDER.

THIS AGREEMEENT GIVES YOU SPECIFIC LEGAL RIGHTS AND YOU MAY HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF (i) INCIDENTAL OR CONSEQUENTIAL DAMAGES OR (ii) IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY.

CANCELLATION. BANCTEC MAY IMMEDIATELY CANCEL THIS AGREEMENT AND YOU WILL NOT BE ENTITLED TO A REFUND IF YOU FAIL TO MAKE ANY PAYMENT WHEN DUE, IF YOU FAIL TO PROPERLY RESTRAIN A PET, IF YOU THREATEN EITHER VERBALLY OR PHYSICALLY OUR TECHNICIAN, IF YOUR LOCATION OR THE GENERAL AREA WHERE THE SYSTEM IS LOCATED IS INFESTED WITH BUGS, RODENTS, PESTS, BIOHAZARDS, HUMAN OR ANIMAL EXCREMENT AND/OR CHEMICALS AS REASONABLY DETERMINED TO BE UNSAFE BY OUR TECHNICIAN.

Neither BancTec nor you may institute any action in any form arising out of this Agreement more than eighteen (18) months after the cause of action has arisen, or in the case of nonpayment, more than eighteen (18) months from the date of last payment.

With regard to any services that are not within the coverage of this Agreement, it will be within BancTec's discretion whether to perform the services, and, if BancTec elects to perform the services, the services will be subject to an additional charge to be paid by you.

Revision 2.1.1: 02152003