UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE DRAKEFORD,

        Plaintiff,

        v.

KEVIN ROLLINS and DELL, INC.

        Defendants.

Docket No.: 07-CV-3490 (RMB)(DFE)

## CERTIFICATE OF SERVICE

This is to certify that on September 28, 2007, I served a copy of defendants Kevin Rollins and Dell Inc.'s **MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT, THE DECLARATION OF BRYAN F. LEWIS, and THE AFFIDAVIT OF ANGE KOGUTZ, with supporting exhibits,** in the above-captioned matter by electronically filing same and depositing true copies thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed as set forth below:

        Josephine Drakeford
        *Plaintiff Pro Se*
        55 E. 99th St. #8D
        New York, New York  10029

          /s/
        Bryan F. Lewis

10745115.1