UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE DRAKEFORD,

      Plaintiff,

    v.                      Docket No.: 07-CV-3490 (RMB)(DFE)

KEVIN ROLLINS and DELL, INC.

      Defendants.

**DELL INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. RULE CIV. PROC. 7.1**

    Pursuant to Fed. Rule Civ. Proc. 7.1, defendant Dell Inc. hereby states that Dell Inc. is a non-governmental corporate party, is a publicly traded corporation, has no parent corporations, and that no publicly-held corporations hold ten percent (10%) or more of Dell Inc.'s stock.

Dated: September 28, 2007

                                                /S/
                                  Bryan F. Lewis, Esq.
                                  NIXON PEABODY LLP
                                  50 Jericho Quadrangle, Suite 300
                                  Jericho, NY  11753

                                  *Attorneys for Dell Inc. and Kevin Rollins*

W291405.1