UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPHINE DRAKEFORD,

                Plaintiff,

-against-

KEVIN ROLLINS and DELL INC.,

                Defendant.
------------------------------------------------------------X

07 CIVIL 3490 (RMB)

**JUDGMENT**

    Defendant having moved to dismiss for lack of subject matter jurisdiction, and the matter having come before the Honorable Richard M Berman United States District Judge, and the Court, on Mar. 7, 2008, having rendered its Order granting defendant's motion to dismiss and dismissing the complaint, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Mar 07, 2008, defendant's motion to dismiss is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
        Mar 18, 2008

                                      Clerk of Court

                      BY: _____
                                      Deputy Clerk

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/19/08*

DOCKETED AS A JUDGMENT ON